**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**FEB 11 1997**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

LAVERN BERRYHILL,

      Petitioner - Appellant,

v.

EDWARD EVANS,

      Respondent - Appellee.

No. 96-6264
(D.C. No. CIV-95-700-T)
(Western District of Oklahoma)

---

**ORDER**

---

Before **SEYMOUR**, Chief Judge; **PORFILIO,** and **MURPHY**, Circuit Judges.

---

Appellant has failed to demonstrate the denial of a constitutional right by showing the issues raised in his appeal are debatable among jurists; that a court could resolve the issues differently; or that the questions deserve further proceedings. Essentially for the reasons stated in the recommendation of the magistrate judge contained in the record, the certificate of appealability is **DENIED,** and the appeal is **DISMISSED.** 28 U.S.C. § 2253(c)(2)*; Lennox v. Evans*, 87 F.3d 431 (10th Cir. 1996).

ENTERED FOR THE COURT

John C. Porfilio
Circuit Judge